# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 16-5086** | **September Term, 2016** |
| | 1:15-cv-00045-RMC |
| | Filed On: October 24, 2016 [1642369] |

MetLife, Inc.,

    Appellee

  v.

Financial Stability Oversight Council,

    Appellant

    **BEFORE:**    Circuit Judges Srinivasan and Millett, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 24, 2016 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Mark B. Stern (DOJ), counsel for Appellant.

  Eugene Scalia, counsel for Appellee.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

               BY:    /s/
                        Shana E. Thurman
                        Deputy Clerk