[ORAL ARGUMENT HELD ON OCTOBER 24, 2016]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| METLIFE, INC.,<br><br>   Plaintiff-Appellee,<br><br>   v.<br><br>FINANCIAL STABILITY OVERSIGHT<br>   COUNCIL,<br><br>   Defendant-Appellant. | No. 16-5086 |

**JOINT MOTION TO SET SCHEDULE
FOR SUPPLEMENTAL BRIEFING**

On August 2, 2017, this Court held this case in abeyance pending the issuance of a report by the Secretary of the Treasury about the Financial Stability Oversight Council's designation process.  The August 2 Order directed the parties to file "motions to govern future proceedings" in the case upon issuance of the report.

The Secretary's report (attached) was issued on November 17, 2017. The parties respectfully request that the Court set the following schedule for supplemental briefing regarding the report:

MetLife Brief (not to exceed 15 pages):  December 18, 2017

Government Response (not to exceed 15 pages): January 18, 2018.

Respectfully submitted,

MARK B. STERN

*s/ Daniel Tenny*

| | |
|---|---|
| EUGENE SCALIA | DANIEL TENNY |
| AMIR C. TAYRANI | NICOLAS Y. RILEY |
| Gibson, Dunn & Crutcher LLP | (202) 514-1838 |
| 1050 Connecticut Avenue, N.W. | Attorneys, Appellate Staff |
| Washington, D.C.  20036 | Civil Division |
| (202) 955-8500 | U.S. Department of Justice |
| | 950 Pennsylvania Ave., N.W. |
| | Room 7215 |
| | Washington, D.C.  20530 |

NOVEMBER 2017

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 102 words. This motion was prepared using Microsoft Word 2013 in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Daniel Tenny*
Daniel Tenny

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Daniel Tenny*
Daniel Tenny