# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 16-5086**                          **September Term, 2017**

**1:15-cv-00045-RMC**

**Filed On:** November 28, 2017

MetLife, Inc.,

      Appellee

   v.

Financial Stability Oversight Council,

      Appellant

**BEFORE:**    Srinivasan and Millett, Circuit Judges; and Randolph, Senior Circuit Judge

### O R D E R

Upon consideration of the joint motion to set schedule for supplemental briefing, it is

**ORDERED** that the motion be granted.  The following supplemental briefing schedule and format will now apply:

| | |
|---|---|
| Brief for MetLife, Inc.<br>(not to exceed 15 pages) | December 18, 2017 |
| Brief for Government<br>(not to exceed 15 pages) | January 18, 2018 |

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk